

# COURT OF APPEALS
### SECOND DISTRICT OF TEXAS
### FORT WORTH

## NO. 02-17-00152-CR

Michael Box                    §    From the 367th District Court

                               §    of Denton County (F16-2185-367)

v.                             §    August 9, 2018

                               §    Opinion by Justice Meier

The State of Texas             §    (nfp)

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was no error in the trial court's judgment. It is ordered that the judgment of the trial court is affirmed.

SECOND DISTRICT COURT OF APPEALS

By /s/ Bill Meier

Justice Bill Meier